IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:     CASE NO. 20-32468-WRS
CHAPTER 13

**CURTIS JEROME JOHNSON**

Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on December 04, 2020, and confirmed on January 01, 1900.

2. Debtor's current plan payments are $649.00 MONTHLY, and the overall pay record is 0.00% .

3. Debtor(s) total amount of delinquency is $1,279.00.

4. The estimated balance is $4,236.67. This figure is subject to final audit and the applicable commitment period requirement.

5. The Trustee has previously filed the following Motion (s) to Dismiss for Debtor's failure to make plan payments:

6. The payments received by the Trustee from the debtor over the last 12 month are:

7. The case is feasible.

8. An Income Withholding Order was last sent on this case N/A.

Respectfully submitted on March 01, 2021.

                          Sabrina L. McKinney
                          Chapter 13 Standing Trustee

By: /s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on March 01, 2021.

By: /s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee